IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

OCIMUM BIOSOLUTIONS (INDIA)
LIMITED, et al.,

                    Plaintiffs,

    v.

PRESTIGE BIOPHARMA LIMITED and
PRESTIGE BIOPHARMA IDC,

                  Defendants

CIVIL ACTION
NO. 24-691-JHS

**ORDER**

**AND NOW,** this 1st day of July 2026, upon consideration of Plaintiffs' Motion for an

Order Deeming Certain Documents and Compelling an Accounting of Provenance (Doc. No. 91),

Defendant Prestige's Response in Opposition (Doc. No. 92), and the Recommendations of the

Special Master, Mark Aronchick, Esquire (Doc. No. 93), to which no objections have been filed,

it is **ORDERED** that the Special Master's Recommendations (Doc. No. 93) are **APPROVED** and

**ADOPTED**.  Plaintiff's Motion for an Order Deeming Certain Documents and Compelling an

Accounting of Provenance (Doc. No. 91) is **GRANTED IN PART** and **DENIED IN PART** as

follows:

       1.     All documents that have been referred to by the parties as "Koh Disk" documents

are deemed authentic for the purposes of the depositions that have been scheduled in Taiwan (Doc.

No. 88), either by stipulation of the parties, by agreement of the parties not to contest the

documents' authenticity, or by this Recommendation of the Special Master (Doc. No. 93).  This

includes, but is not limited to, Documents 1-21, and Document 61, as identified in the affidavit

attached as Exhibit 4 to Plaintiffs' Motion (Doc. No. 361) (subject to the limited exception

concerning blue-underlining of text in Document 61).

2.    Plaintiffs' request for an accounting of the provenance of "Koh Disk" is **DENIED WITHOUT PREJUDICE** as premature.

4.    Plaintiffs may take discovery on the provenance of "Koh Disk" documents, including as part of deposition testimony scheduled in Taiwan in July.

5.    The Clerk of Court shall close the open motion (Doc. No. 93) on the docket.

BY THE COURT:

 /s/ Joel H. Slomsky

JOEL H. SLOMSKY, J.