IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OCIMUM BIOSOLUTIONS (INDIA) LIMITED, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PRESTIGE BIOPHARMA LIMITED and PRESTIGE BIOPHARMA IDC,<br><br>Defendants. | CIVIL ACTION<br>NO. 24-691 |

## ORDER

**AND NOW**, this 9th day of November 2026, upon consideration of Plaintiffs' Renewed Motion to Compel (Doc. No. 97), Defendants' Response in Opposition (Doc. No. 100), Plaintiffs' Reply (Doc. No. 106), the Report and Recommendation of the Special Master dated October 5, 2026 (Doc. No. 113), Plaintiffs' Objections to the Report and Recommendation (Doc. No. 117), and Defendants' Response to Plaintiffs' Objections (Doc. No. 120) it is **ORDERED** that the Report and Recommendation (Doc. No. 113) is **ADOPTED** and **APPROVED**.[1] It is further **ORDERED** that:

---

[1] On July 31, 2026, Plaintiffs filed a Motion to Compel (Doc. No. 97). On August 4, 2026, Plaintiffs' Motion to Compel was referred to Special Master Mark Aronchick for a Report and Recommendation ("R&R"). (Doc. No. 98). The Order referring the Motion to a Special Master states: "The Parties shall have ten (10) days to file Objections to the Report and Recommendation, and the Parties shall have ten (10) days from the filing of the Objections to file Responses." (Id.) On October 5, 2026, the Special Master issued a R&R recommending that the Court grant Plaintiffs' Motion to Compel in part. (Doc. No. 113 at 1.) Twenty-one days later, on October 26, 2026, Plaintiffs filed Objections to the R&R (Doc. No. 117). On November 5, 2026, Defendants filed a Response to Plaintiffs' Objections (Doc. No. 120), which raised the timeliness of Plaintiffs' Objections.

Plaintiffs' objections to the R&R are untimely and need not be considered. Atcom Support LP v. Maria, No. 15-28, 2016 WL 5867407, at *1 (D. Del. Oct. 4, 2016) (refusing to consider objections not timely filed). Therefore, the R&R (Doc. No. 113) will be adopted.

1. Plaintiffs' Renewed Motion to Compel Production of LG Chemical, Ltd.'s Withheld Communications Concerning the Collection of Evidence from Dr. Sang-Seok Koh (Doc. No. 97) is **GRANTED in part**.
2. Defendants shall search for and produce all documents "from Dr. Koh from before his employment with Prestige relating to development of Pancreatic adenocarcinoma upregulated factor (PAUF)" which are located or available from Dr. Koh's Dropbox accounts, within ten (10) days of the date of this Order.
3. Defendants shall also search for any records of documents in Dr. Koh's Dropbox accounts that have been modified or deleted from 2024 to present and shall produce any records indicating that a document referenced in paragraph 2 was modified or deleted in that timeframe, within ten (10) days of the date of this Order.
4. If Defendants locate any such records, they are directed to work with Plaintiffs to determine whether any of the underlying modified or deleted documents can be retrieved and restored. If they can, Defendants shall retrieve, restore, and produce them, including all available metadata.
5. Defendants' searches shall, at minimum, be reasonably targeted to identify the "Highly-Confidential Documents" provided by Plaintiffs earlier in this litigation and referenced in the Court's February 19, 2026 Scheduling Order (Doc. No. 71).
6. Defendants may redact or withhold responsive documents or information from their production that is privileged or which consists of non-responsive, confidential information. Any such withholding or redactions shall be specifically logged and transmitted to Plaintiffs with Defendants' production, and to the Special Master for in camera review.

7. Upon receipt of any documents or log from Defendants pursuant to this Order, Plaintiffs shall promptly transmit such documents and log to counsel for LG Chemical, Ltd. in the case captioned Ocimum Biosolutions (India) Limited et al. v. LG Chemical, Ltd. et al., No. 19-2227 (D. Del. 2019).

8. All other relief sought in the Motion (Doc. No. 97) is **DENIED**. The Clerk of Court shall close Docket Numbers 97 and 113.

BY THE COURT:

/s/ Joel H. Slomsky

JOEL H. SLOMSKY, J.